11-3646 (L)
LeBron v. Armitage

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

### SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of March, two thousand thirteen.

Present:      ROBERT A. KATZMANN,
              DENNY CHIN,
                   *Circuit Judges*,
              MIRIAM GOLDMAN CEDARBAUM,[*]
                   *District Judge*.

---

ELVIN LEBRON,

                   *Plaintiff-Appellant*,

       v.                                              11-3646 (Lead);
                                                       11-4233 (Con)

LT. D. ARMITAGE, LT. D. DRESSER, LT. J. ROCK, LT.
D. BUSHEY, LT. H. MAYNARD, LT. J. MILLER, LT.
D.J. LACLAIR, CAPT. R.J. MINOGUE, CAPT. J. BELL,
CAPT. D. UHLER, CAPT. J. FACTEAU, D.S.P. L.L.
TURNER, D.S.A. P.M. KNAPP, D.S.S. J. TEDFORD,
D.S.S. S. RACETTE, F.D.S. W.J. HULIHAN, SUPT. D.A.
ARTUS, V. FONDA, I.G. Dir. of OPS, I.G. R.D. ROY,

---

[*]The Honorable Miriam Goldman Cedarbaum, of the United States District Court for the Southern District of New York, sitting by designation.

W.M. GONZALES, Deputy Counsel, K.S. PERLMAN,
Deputy Comm. of Programs, D. SELSKY, Dir. of
S.H./Inmate Disc. Program, L.J. LECLAIRE, Jr., Deputy
Comm., A.J. ANUCCI, Ex Deputy Comm. and Counsel,
G.S. GOORD, Comm., B.S. FISCHER, Comm., DROWN,
Hearing Officer, DECLARIO, Employee Assistant, Liberty,

*Defendants-Appellees.*

_____

For Plaintiff-Appellant**:**    Elvin LeBron, *pro se*, Phoenix, AZ.

For Defendants-Appellees**:**    Martin A. Hotvet, Assistant Solicitor General, and Barbara D.
Underwood, Solicitor General, *for* Eric T. Schneiderman,
Attorney General of the State of New York, New York, N.Y.

Appeal from the United States District Court for the Northern District of New York
(McAvoy, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED,**

**AND DECREED** that the judgment of the district court is **AFFIRMED**.

Plaintiff-Appellant Elvin LeBron, proceeding *pro se*, appeals from the district court's

*sua sponte* dismissal of several claims in his 42 U.S.C. § 1983 amended complaint.  LeBron

also appeals from the district court's grant of summary judgment to the Defendants-

Appellees on his remaining claims.  We assume the parties' familiarity with the underlying

facts, procedural history of the case, and issues on appeal.

Reviewing the decisions below *de novo*, we conclude that the district court's

disposition of each of LeBron's claims was proper.  With respect to the dismissal of several

of LeBron's claims pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), we affirm substantially for the

reasons stated in the district court's orders.  *See LeBron v. Armitage*, No. 08-cv-508,

(N.D.N.Y. Sept. 23, 2009 & Mar. 25, 2010).  With respect to the grant of summary judgment

2

of the remainder of LeBron's claims, we affirm substantially for the reasons stated in Magistrate Judge Baxter's thorough report and recommendation, which the district court adopted over LeBron's timely objection.  *See LeBron v. Armitage*, No. 08-cv-508, (N.D.N.Y. Sept. 29, 2011), adopting *LeBron v. Armitage*, No. 08-cv-508, (N.D.N.Y. July 19, 2011) (report and recommendation).  We have considered all of LeBron's remaining arguments and find them to be without merit.

For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk